ALBANY,
Jan. 1813.

CASWELL
v.
ALLEN.

Where a statute inflicted a penalty, the one moiety whereof, when recovered, to be paid into the treasury of the state, and the other moiety to go to the benefit of the person prosecuting the same to effect; it was held that a *payment* of the penalty to the person prosecuting, would discharge the defendant; tho' the plaintiff had no right to discharge the judgment, or compound with the defendant, without leave of the court.

CASWELL, *qui tam., &c. against* ALLEN.

THIS was an action brought by the plaintiff, who sued as well for himself as the people, &c. against the defendant, as supervisor of the town of *Scipio*, to recover the penalty of 250 dollars, under the act passed 20th *March*, 1807. (Sess. 30. c. 43.) The plaintiff having recovered judgment for the penalty, the defendant paid to him, on the 11th *February*, 1812, the amount of the judgment and costs, and took a release and discharge in full, under his seal, for the same.    On the 21st *December* last, a *ca. sa.* was issued on the judgment, by virtue of which the defendant was arrested by the sheriff.

*Sedgwick*, for the defendant, now moved to set aside the *ca. sa.* on an affidavit of the above facts, which were not denied.

*Spencer*, contra, objected that the plaintiff had no right to release the defendant and discharge the suit, without the leave of the court.

*Per Curiam.*   The plaintiff had no right to discharge the judgment or compound with the defendant, without leave of the court. (Sess. 11. c. 9. s. 7.   1 *Bos. & Pull.* 18.   *Stra.* 167.)   But the plaintiff had a right to receive *payment* of the judgment, and discharge it; the statute providing (sess. 30. c. 43.) that any person might prosecute the action for the penalty, and that one moiety should belong to him, and the other moiety, when recovered, should be paid into the treasury of the state.   The plaintiff was trustee for a moiety of the judgment, and a payment to him would discharge the defendant.

Motion denied.